# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 1:21-cr-434-BAH |
| v. ) | |
| ) | |
| **NICHOLAS LOUKAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## Notice of Intent to Admit Pursuant to a Joint Reccomendation

Nicholas Loukas is to appear before the Court on December 10, 2021 for a hearing on charges that he violated conditions of supervised release that followed his conviction in the Southern District of West Virginia. See, *United States v. Loukas*, 16 Cr. 220 (ICB).

Counsel for the government, Mr. Loukas, and the Office of Probation have conferred and with the Court's approval, Mr. Loukas seeks to admit to Violation Nos. 1 & 3. See, Dkt No. # 3. The government shall dismiss the remaining specifications after sentence is imposed.

Mr. Loukas will allcocute that he failed to abide by GPS monitoring, submit to random urine analysis, participate in a substance abuse program, and used marijuana.

                Respectfully submitted,

                A. J. KRAMER
                FEDERAL PUBLIC DEFENDER

                /s/ Sabrina Shroff
                Assistant Federal Defender
                Office of the Federal Public Defender
                625 Indiana Avenue, N.W., Suite 550
                Washington, D.C.  20004

Dated: December 9, 2021